UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TC REINER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:15-cv-00241 ) CHIEF JUDGE CRENSHAW |
| RYON NISHIMORI and THE TRUSTEES OF WATKINS INSTITUTE, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court has been contacted by Paul Calico, Chief Mediator for the United States Court of Appeals for the Sixth Circuit. He has informed the Court that the parties have settled the case, subject to the Court's agreement that it vacates its Opinion granting Defendants' Motion for Summary Judgment. (Doc. No. 83.) The Court will agree to facilitate the parties' settlement.

Accordingly, the Court's Opinion (Doc. No. 83), Order (Doc. No. 84), and corresponding Judgment (Doc. No. 85) are **VACATED**. This case is **DISMISSED AS MOOT** in accordance with the terms of the parties' settlement agreement. The Clerk shall enter an amended judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE